UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
MACMILLAN PUBLISHING GROUP, LLC,   :
:
Plaintiff,   :
:                               22-CV-839 (VSB)
-against-   :
:                                   **ORDER**
:
DINH THI DIEP,   :
:
Defendant.   :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

On February 18, 2022, Plaintiff filed an affidavit of service showing that Defendant had been properly served in compliance with my order allowing service on Defendant via email.  (Docs. 13–14.)  On March 17, 2022, after Defendant failed to appear, Plaintiff filed certain papers seeking default judgment.  (*See* Docs. 15–16.)  However, Plaintiff has not filed all the papers necessary for seeking default judgment in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases.  Accordingly, if Plaintiff intends to seek a default judgment, by no later than April 21, 2022, it must all the papers required by my Individual Rule 4(H).  If Plaintiff fails to do so or otherwise demonstrates that it does not intend to prosecute, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   April 6, 2022
         New York, New York

_____
Vernon S. Broderick
United States District Judge