

Matthew J. Oppenheim
4530 Wisconsin Ave. NW | 5th Floor
Washington, DC 20016
T: (202) 480.480.3958 | F: (866) 766-1678
Matt@oandzlaw.com | oandzlaw.com

May 10, 2022

**Via ECF**

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square,
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK
U.S.D.J.**  05/11/22

Due to my schedule, the default judgment hearing in this matter will be RESCHEDULED to June 1, 2022 at 11 am, and it will use the same dial-in information as stated in the original order, (Doc. 25), and in my Individual Rules.

**Re:**   *Macmillan Publishing Group, LLC v. Dinh Thi Diep*
S.D.N.Y Case No. 22-cv-00839-VSB

Dear Judge Broderick:

    I am the principal trial counsel for Plaintiff Macmillan Publishing Group, LLC in the above-referenced action. In accordance with Your Honor's Individual Rules, 1(G) and 2(A), Plaintiff writes to request an adjournment of the May 26, 2022 order to show cause hearing on Plaintiff's request for a default judgment and permanent injunction (ECF No. 25). The reason for the request is that I am scheduled to attend an in-person hearing on behalf of a client on the same date in federal court in Florida.

    No previous requests for adjournments have been made in this matter, and no other deadlines in the case will be impacted by the requested adjournment. Plaintiff has not been able to contact Defendant to ascertain whether she agrees to this request, as she has failed to appear in this case or otherwise respond to any of Plaintiff's efforts to communicate with her.

    If convenient for the Court, Plaintiff proposes June 6 or June 8, 2022 as alternative dates for the hearing. Thank you for your consideration of this request.

                      Sincerely,
                        */s/ Matthew J. Oppenheim*
                      Matthew J. Oppenheim